598 A.2d 872
STATE OF NEW JERSEY v. WILLIAM PALMER.

April 9, 1991.

Petition for certification granted and the matter is summarily remanded to the trial court for resentencing in the light of *State v. Gonzalez,* 123 *N.J.* 462, 588 *A.*2d 816 (1991).

Jurisdiction is not retained.

---

598 A.2d 872
SUPERIOR AIR PRODUCTS CO. v. N.L. INDUSTRIES, INC.

April 10, 1991.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed. (See 122 *N.J.* 358, 585 *A.*2d 368 (1990).)

---

598 A.2d 872
JOHN SHEIL v. NEW JERSEY STATE PAROLE BOARD AND NEW JERSEY DEPARTMENT OF CORRECTIONS.

April 30, 1991.

The parties having stipulated to a dismissal of this matter, it is ORDERED that the appeal is dismissed. (See 244 *N.J.Super.* 521, 582 *A.*2d 1279 (1990).)